# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD THOMAS,<br><br>    *Petitioner*,<br><br>vs.<br><br>ISIDRO BACA, *et al.*,<br><br>    *Respondents*. | 3:14-cv-00114-RCJ-WGC<br><br>ORDER |

Petitioner has not responded to the show-cause order within the time allowed. The order directed petitioner to show cause why the action was not subject to dismissal with prejudice as untimely. The order informed petitioner that if he did not timely respond to the order, the action would be dismissed with prejudice without further advance notice.

IT THEREFORE IS ORDERED that this action shall be DISMISSED with prejudice.

IT FURTHER IS ORDERED that petitioner's motion (#7) for appointment of counsel is DENIED as moot. See also #5, at 3 n.1 (interim finding declining to appoint counsel).

The Clerk of Court shall enter final judgment accordingly, dismissing this action with prejudice.

DATED: July 29, 2014.

_____
ROBERT C. JONES
United States District Judge